

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

May 31, 2019

VIA ECF
The Honorable James Orenstein, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Olsen v. Hampton Jitney, Inc., 1:19-cv-998 (NG)(JO)

Dear Magistrate Judge Orenstein:

    This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without attorneys' fees and costs, and without prejudice to either parties' right to open the action if the settlement is not consummated or to file a Stipulation of Dismissal with Prejudice, and (ii) any existing deadlines and conferences be adjourned *sine die*.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    s/ Douglas B. Lipsky
    Douglas B. Lipsky


CC:    Joanne J. Romero (Via ECF)