UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

HAMPTON JITNEY, INC.,

    Defendant.

ECF CASE

No.: 1:19-cv-998(NG)(JO)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 25 2019 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: ~~July 2019~~ October 4, 2019
New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: ~~July~~ October 4, 2019
New York, New York

_____
Joanne J. Romero
GOLDBERG SEGALLA
711 3rd Avenue, Suite 1900
New York, New York 10017
jromero@goldbergsegalla.com
646.292.8713, ext. 8713
*Attorneys for Defendant*

So Ordered.
/s/ Nina Gershon
USDJ
10-17-19

23552392.v1